IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JACKIE LEE BOYD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:20-cv-607-JDK-KNM |
| KEN PAXTON, et al., | § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby **ORDERS** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for purposes of *in forma pauperis* proceedings pursuant to the three-strikes provision of 28 U.S.G. § 1915(g). All pending motions are **DENIED**. The Clerk of Court is instructed to **CLOSE** the above-captioned case.

So **ORDERED** and **SIGNED** this **4th** day of **January, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE